# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## DOCKETING STATEMENT

*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 26-1152
2. DATE DOCKETED: 06/08/2026
3. CASE NAME (lead parties only) Environmental Defense Fund v. Lee Zeldin
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: U.S. Environmental Protection Agency
   b. Give agency docket or order number(s): 91 Fed. Reg. 18056
   c. Give date(s) of order(s) Apr. 9, 2026
   d. Has a request for rehearing or reconsideration been filed at the agency? ○ Yes ◉ No
      If so, when was it filled? ______ By whom? ______
      Has the agency acted? ○ Yes ○ No If so, when? ______
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      Please see attached.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ○ Yes ◉ No If YES, identify case name(s), docket number(s), and court(s)
   g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ○ Yes ◉ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ○ Yes ◉ No If YES, provide program name and participation dates.

Signature /s/ Rosalie Winn Date 7/8/2026

Name of Party (Print) Environmental Defense Fund

Name of Counsel for Appellant/Petitioner (Print) Rosalie Winn

Address 2060 Broadway, Boulder, CO 80302

E-Mail rwinn@edf.org Phone (845) 594-9769 Fax (____) ________

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND,<br><br>*Petitioner*,<br><br>v.<br><br>LEE ZELDIN, Administrator, U.S. ENVIRONMENTAL PROTECTION AGENCY, and U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondents*. | No. 26-1152 |

**ATTACHMENT TO PETITIONER'S DOCKETING STATEMENT**

Response to Question 6(e): Petitioner Environmental Defense Fund has standing because Petitioner has at least one member with standing to challenge the action in their own right. Petitioner's members have standing because EPA's action weakens standards for temporary flaring of associated gas and flare monitoring requirements, leading to an increase in emissions of methane, volatile organic compounds, and hazardous air pollutants. Petitioner's members live, work, and recreate near oil and gas development subject to the weaker standards, and they will experience harms and threats to their health, property, or natural resources as a result of these increased emissions. Further, the interests Petitioner seeks to protect are germane to its organizational purposes in cutting climate and

health-harming pollution, and Petitioner's challenge will not require the participation of individual members in the lawsuit.

DATED: July 8, 2026

Respectfully submitted,


*/s/ Rosalie Winn*
Rosalie Winn
Grace Smith
Leah Fattor
Peter Zalzal
Environmental Defense Fund
2060 Broadway, Ste. 300
Boulder, CO 80302
(303) 447-7214
gsmith@edf.org
lfattor@edf.org
rwinn@edf.org
pzalzal@edf.org

Sean Donahue
Keri R. Davidson
Donahue, Goldberg, Herzog & Davidson
1008 Pennsylvania Ave. SE
Washington, DC 20003
(202) 277-7085
sean@donahuegoldberg.com
keri@donahuegoldberg.com

*Counsel for Environmental Defense Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July 2026, I have served the foregoing Attachment to Petitioner's Docketing Statement on registered counsel through the court's electronic filing system (ECF)

*/s/ Rosalie Winn*
Rosalie Winn